UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David L. Riley,<br><br>      Plaintiff,<br><br>v.<br><br>Trident Seafoods Corporation,<br><br>      Defendant. | Civil No. 11-2500 (MJD/AJB)<br><br>**ORDER** |

Stephen S. Eckman, Eckman, Strandness & Egan, P.A., P.O. Box 597, Wayzata, MN 55391 for Plaintiff David L. Riley.

Paul C. Peterson, Erick J. Steinhoff, Lind, Jensen, Sullivan & Peterson, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402 and Larry E. Altenbrun, Nicoll, Black & Fieg, PLLC, 1325 Fourth Avenue, Suite 1650, Seattle, WA 98101 for Defendant Trident Seafoods Corporation.

Based upon the Report and Recommendation [Doc. #16] by United States Chief Magistrate Judge Arthur J. Boylan dated January 9, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1.     Defendant's Motion to Dismiss for Improper Venue, or, in the Alternative, Transfer Venue to the U.S. District Court for the Western District of Washington [Docket No. 4] is **GRANTED IN PART**, as to transfer of venue, and **DENIED IN PART**, as to dismissal;

2.     This action is transferred to the United States District Court for the Western District of Washington; and

3.     The Clerk of Court is directed to effect the transfer.

Dated: January 26, 2012              s/Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court